# United States Court of Appeals
## For the First Circuit

No. 02-2579

UNITED STATES OF AMERICA,

Appellee,

v.

JAMES McCORMACK,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on June 8, 2004 is amended as follows:

On Page 13, line 14 "Taken in" should be changed to "This possibility, taken in" and on line 16, "the jury had" should be changed to "gave the jury"

On Page 16, line 1, "fewer" should be changed to "shorter"

On Page 17, line 13, "§ 944(f)." should be changed to "§ 994(f)."